■ JOANN RIPKA, Appellant, v ROBBIE RIPKA, Respondent.
[919 NYS2d 457]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ SRINIVASAN VENKATARAMAN, Individually and as Administrator of the Estate of MAYA ROSE VENKATARAMAN, Deceased, et al., Appellants, v JUDITH ORTMAN-NABI, M.D., et al., Respondents, et al., Defendant. [919 NYS2d 429]—

Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.